# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

Form To Be Used By A Prisoner in Filing a Complaint 2014 JUL -1 AM 10: 41
Under the Civil Rights Act, 42 U.S.C. § 1983

DEPUTY CLERK _____

GARRICK BECK TDCJ # 1814381
Plaintiff's name and ID number

BOYD UNIT
200 SPUR 113
TEAGUE, TEXAS 75860
Place of Confinement

Case No. 3-14 CV-2364 B
(Clerk will assign the number)

v.

FRANK CROWLEY COURTS Bldg.
133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR
JAMES WESTBROOK #878 DALLAS, TEXAS 75207-4300
Defendant's name and address

FRANK CROWLEY COURTS Bldg.
133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR
EDWARD ANAIA #5410 DALLAS, TEXAS 75207-4300
Defendant's name and address

FRANK CROWLEY COURTS Bldg.
133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR
LUPE VALDEZ DALLAS, TEXAS 75207-4300
Defendant
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a **NOTICE TO THE COURT OF CHANGE OF ADDRESS** may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? ___ YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: —NONE HAVE BEEN FILED—

2. Parties to previous lawsuit:
   Plaintiff(s) — NO PREVIOUS LAWSUIT —
   Defendant(s) " "

3. Court: (If federal, name the district; if state, name the county.) —NONE—

4. Docket Number: —NONE—

5. Name of judge to whom case was assigned: —NONE—

6. Disposition: (Was the case dismissed, appealed, still pending?) —NONE—

7. Approximate date of disposition: —NONE—

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ BOYD UNIT, 200 Spur 113, TEAGUE, TX 75860

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution?   ___YES  ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Garrick Beck #1814381

Boyd Unit, 200 Spur 113, Teague, TX, 75860

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: JAMES WESTBROOK #878 "Deputy Sheriff Dallas County" FRANK CROWLEY Courts Bldg, 133 N. Riverfront Blvd, Dallas, Texas 75207-4300

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. AFTER MY ARREST JUNE 19, 2012. HE AND ANOTHER DEPUTY KICKED ME IN MY SIDES, BACK; PUNCHED ME IN MY HEAD, IN WHICH I'M STILL SUFFERING WITH PAIN, CHANNEL 8 NEWS CAUGHT IT.

Defendant #2: EDWARD ANAYA #5440 "Deputy Sheriff Dallas County" FRANK CROWLEY Courts Bldg, 133 N. Riverfront Blvd, Dallas, TX 75207-4300

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. AFTER MY ARREST JUNE 19, 2012. HE AND ANOTHER DEPUTY KICKED ME IN MY SIDES, BACK; PUNCHED ME IN MY HEAD IN WHICH I'M STILL SUFFERING WITH PAIN, CHANNEL 8 NEWS CAUGHT IT.

Defendant #3: LUPE VALDEZ "THE SHERIFF OF DALLAS COUNTY" FRANK CROWLEY Courts Bldg, 133 N. Riverfront Blvd, Dallas, TX, 75207-4300

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. SHE SUPERVISES THE ENTIRE SHERIFF'S DEPARTMENT, AND ONE OF THE OTHER DEFENDANTS HAS A HISTORY OF THIS TYPE OF MISCONDUCT. SHE IS ALLEGEDLY OK WITH THIS TYPE OF BEHAVIOR FROM HER EMPLOYEE'S. THEREFORE SOME OF THE BLAME SHOULD BE HER RESPONSIBILITY.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. **STATEMENT OF CLAIM:**
State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On June 19, 2012 I was involved in a police chase with Dallas Police; ended with Dallas Sheriff's Dept. after a 53 mile chase up to Denton County. Once I stopped and deputies arrested me, two of the 8 deputies holding me on the ground beganned beating me. Deputy James Westbrook #878 started kicking me in my back & sides. While simultaneously Deputy Edward Anaya #5440 started punching me in my head. I am suffering with constant back pains since this incident. Also at my booking after my arrest I had swelling in my head where I am suffering from headaches. When I told this to medical staff at Lew Sterrett Jail I was perscribed pain medication & placed on psyche meds. Now presently in TDCJ, I'm still suffering the same & on the same meds. This is almost 2 years afterwards. Mrs. Lupe Valdez, the Sheriff of Dallas County, who is head of the department and supervisor of the other two defendants, one of which has a history of this type of misconduct. The allegations of this claim was caught on camera by Channel 8 News 6/19/12.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking Compensatory Damages, Punitive Damages; and Nominal Damages

VII. **GENERAL BACKGROUND INFORMATION:**
A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Garrick Deon Beck

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 1 unknown  2 unknown  Current TDCJ # 1st 1480016 State Jail   State Jail   1814381

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case Number: ―――
  3. Approximate date sanctions were imposed: ―――
  4. Have the sanctions been lifted or otherwise satisfied?
     ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓NO
D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): N/A

2. Case Number: ————

3. Approximate date warnings were imposed: ————

Executed on: 6/14/14
　　　　　　　DATE

GARRICK BECK #1814381

_Garrick Beck_
(Signature of plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___14TH___ day of ___JUNE___, ___2014___.
　　　　　　　　(Day)　　　　　　　　(month)　　　　　　　(year)

GARRICK BECK #1814381

_Garrick Beck_
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5

TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**3-14CV-2364B**

TO THE HONORABLE COURT; AND OR THE CLERK OF COURT:

THIS IS IN REFERENCE TO PAGE 3, ROMAN NUMERAL III OF THIS COMPLAINT. CONCERNING THE EXHAUSTATION OF THE GRIEVANCE PROCEDURES WHILE AT THE DALLAS COUNTY LEW STERRETT JAIL

I, GARRICK BECK, STATE THAT: WHILE I WAS AT THE LEW STERRETT JAIL I FILED A GRIEVANCE AGAINST THESE DEPUTIES, BUT NEVER RECEIVED ANY RESPONSE. HOWEVER, BEING A LAYMAN AT BEST WITH THE LAW OR THE STUDY OF. I'VE TRIED TO PURSUE THIS ISSUE TO THE FULLIEST, AND AFTER SEEKING OUTSIDE HELP TO NO AVAIL. I'VE MANAGED TO REACH THIS POINT OF CONTACTING THIS COURT. THEREFORE, I CAN NOT EXHAUST A GRIEVANCE PROCEDURE WHEN THERE IS NO RESPONSE FROM THE INSTITUTION IN WHICH I WAS HELD AFTER MY ARREST.

I, GARRICK BECK, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT (28 USC §1746)

SIGNED THIS 17TH DAY OF JUNE, 2014

*Garrick Beck* TDCJ #1814381

JUNE 17, 2014


RECEIVED
JUL - 1 2014
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

TO THE HONORABLE COURT; AND THE CLERK OF COURT:

IN REFERENCE TO THE APPLICATION TO PROCEED IN FORMA PAUPERIS.

ON THIS DATE JUNE 17, 2014. ON THE BOYD UNIT AT THE LAW LIBRARY IN TEAGUE, TEXAS. I, GARRICK BECK, THE PLAINTIFF IN THIS ACTION STATES THE FOLLOWING: I HAVE MADE AN ASSERTIVE EFFORT TO OBTAIN THE SIX MONTH PRINT-OUT CERTIFICATE OF MY INMATE TRUST ACCOUNT. THE REGULAR LAW LIBRARIAN, DEBORAH ROBINSON IS OFF FOR THE NEXT TWO DAYS I'M TOLD. THE FILL-IN COIV MECHERYL L. GIBBS HAS BEEN ASSIGNED TO MAN THE LAW LIBRARY DURING MY SCHEDULE SESSION. SHE HAS NO KNOWLEDGE AT ALL OF THE LAW LIBRARY AND IT'S WORKINGS.

ALSO, ON THIS SAME DAY AT A LATER HOUR, I RETURNED TO THE LAW LIBRARY WHERE COII MARKEISHA COX WHO MANS THE LAW LIBRARY IN THE AFTERNOON, WAS NOT EXACTLY SURE WHETHER SHE COULD GIVE ME WHAT I WAS ASKING FOR BECAUSE SHE THINKS IT MUST BE NOTARIZED. I TRIED TO EXPLAIN TO HER THAT IT DID NOT NEED TO BE NOTARIZED. BUT, SHE REMAINED UNSURE.

NOW, HERE AGAIN ON JUNE 18, 2014. I AM BACK IN THE LAW LIBRARY FOR THE MORNING SESSION PURSUING THE CERTIFICATE OF INMATE TRUST ACCOUNT. COIII LASHONDA PEAVY IS MANNING THE LAW LIBRARY. SHE TOO HAS NO KNOWLEDGE OR EXPERIENCE OF THE WORKINGS OF THE LAW LIBRARY.

THEREFORE, BECAUSE OF THE STATUE OF LIMITATIONS TIME RESTRAINST I AM BEING FORCED TO SEND THIS COMPLAINT WITHOUT THE CERTIFICATE OF INMATE TRUST ACCOUNT.

I AM TOLD THE REGULAR LAW LIBRARIAN, DEBORAH ROBINSON WOULD BE RETURNING TO WORK ON THE 19TH OF JUNE. HOWEVER, PRISON MAILROOMS SOMETIMES TAKE UP TO TWO DAYS TO GET MAIL OUT OR IN.

PLEASE BE ADVISED THAT ON THIS SAME DATE JUNE 18, 2014 ON THE BOYD UNIT I HAVE MADE SECOND ATTEMPT TO OBTAIN THE CERTIFICATE OF TRUSTFUND ACCOUNT BY RETURNING TO THE LAW LIBRARY, AND ASKING CO IV MARKEISHA COX IF SHE CAN CALL DEBORAH ROBINSON AT HOME TO ASK HER FOR INSTRUCTIONS ON HOW TO GET ME THE PRINT-OUT OF MY INMATE TRUSTFUND ACCOUNT.

THEREFORE, I AM RESPECTFULLY REQUESTING THIS HONORABLE COURT TO ALLOW ME TO FILE THIS ACTION AS IS, BUT GIVE ME GRACE TO SEND THE CERTIFICATE AFTERWARDS. AND FURTHER I WOULD ASK THE HONORABLE COURT, TO NOT STRIKE OR DISMISS THIS ACTION BECAUSE OF MY INABILITY TO PRODUCE A CERTIFICATE OF INMATE TRUSTFUND AT THIS TIME.

I, GARRICK BECK TDCJ #1814381, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, AT THE BOYD UNIT LOCATED IN TEAGUE, TEXAS. DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE & CORRECT. (PURSUANT TO 28 U.S.C. §1746).

SIGNED THIS 18TH DAY OF JUNE, 2014.

Garrick Beck 1814381
BOYD UNIT
200 SPUR 113
TEAGUE, TEXAS 75860

JUNE 19, 2014

TO THE CLERK OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RECEIVED JUL - 1 2014 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

THIS MAIL HAS BEEN DEPOSITED IN THE BOYD UNITS MAILBOX ON THIS DATE: JUNE 19, 2014. ALONG WITH THE INMATES CERTIFICATION OF TRUST FUND ACCOUNT.

I, GARRICK BECK, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE & FACTUAL.

SIGNED THIS 19 DAY OF JUNE 2014

Garrick Beck 1814381





GARRICK BECK #1814381
BOYD UNIT
200 SPUR 113
TEAGUE, TEXAS 75860

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1100 COMMERCE ST., ROOM 1452
DALLAS, TEXAS 75242

LEGAL MAIL