UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARRICK BECK <br> (TDCJ No. 1814381), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-2364-B |
| JAMES WESTBROOK, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against Sheriff Lupe Valdez are summarily dismissed under 28 U.S.C. § 1915(e)(2).

His Motion to Substitute [Dkt. No. 9] and Motion to Amend [Dkt. No. 11] are granted, and he is permitted to name as a defendant Deputy A. Natt and dismiss his claims against Deputy Edward Anaya.

His excessive force claim against Deputies Westbrook and Natt shall proceed, and these two defendants shall be served by the United States Marshal pursuant to Federal Rule of Civil Procedure

4(c)(3).

The Clerk of Court is instructed to enter document 11-1 separately as Plaintiff's amended complaint.

SO ORDERED this 7th day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE