IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__DALLAS__ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__GARRICK BECK  TDCJ # 1814381__
Plaintiff's name and ID Number

__BOYD UNIT__
__200 SPUR 113__
__TEAGUE, TEXAS 75860__
Place of Confinement

CASE NO: __3:14-CV-2364__
(Clerk will assign the number)

v.

__JAMES WESTBROOK #878   FRANK CROWLEY COURT BLDG.__
__                        133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR__
__                        DALLAS, TEXAS 75207-4300__
Defendant's name and address

__A. NATT #646           FRANK CROWLEY COURT BLDG.__
__                        133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR__
__                        DALLAS, TEXAS 75207-4300__
Defendant's name and address

__LUPE VALDEZ            FRANK CROWLEY COURT BLDG.__
__                        133 N. RIVERFRONT BLVD. LB 31, 1ST FLOOR__
__                        DALLAS, TEXAS 75207-4300__
Defendant's name and address
(DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    _____ YES  ✓ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: —NONE HAS BEEN FILED—

   2. Parties to previous lawsuit:
      Plaintiff(s): —NO PREVIOUS LAWSUIT—

      Defendant(s): —NONE—

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: —NONE—

   5. Name of judge to whom case was assigned: —NONE—

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      —NONE—

   7. Approximate date of disposition: —NONE—

II. **PLACE OF PRESENT CONFINEMENT:** BOYD UNIT, 200 SPUR 113, TEAGUE, TEXAS 75860

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? _____ YES ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: GARRICK BECK #1814381
BOYD UNIT, 200 SPUR 113, TEAGUE, TEXAS 75860

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: JAMES WESTBROOK #878, "DEPUTY SHERIFF", DALLAS COUNTY FRANK CROWLEY COURTS BLDG. 133 N. RIVERFRONT BLVD. DALLAS, TEXAS 75207-4300

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. ON JUNE 19, 2012 DEFENDANT #1, KICKED ME, IN MY BACK AND SIDES SEVERAL TIMES WHILE ANOTHER DEPUTY PUNCHED ME IN MY HEAD. TO THIS DATE I'M STILL SUFFERING WITH PAIN AS A RESULT OF THAT.

Defendant #2: A. NATT #6464, "DEPUTY SHERIFF", DALLAS COUNTY, FRANK CROWLEY COURTS BLDG. 133 N. RIVERFRONT BLVD. DALLAS, TEXAS 75207-4300

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. ON JUNE 19, 2012 DEFENDANT #2 PLACED HIS GUN TO MY CHEST, MAKING PROFAINED THREATS TO KILL ME AND I BELIEVED HE WOULD. AFTER WHICH, HE WAS PUNCHING ME IN THE HEAD WITH HIS FIST AS DEPUTY WESTBROOK WAS KICKING ME.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #3: LUPE VALDEZ, "SHERIFF", DALLAS COUNTY, FRANK CROWLEY COURTS BLDG. 133 N. RIVERFRONT BLVD. DALLAS, TEXAS 75207-4300

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. HER "ACTION" AND OR "INACTION" TO PREVENT A SUBORDINATE DEFENDANT WITH A HISTORY OF MISCONDUCT TO CONTINUE WORKING IN THEIR OFFICIAL CAPACITY, INDICATES THAT SHE'S EITHER OKAY WITH THIS TYPE OF BEHAVIOR AND SUPPORTS IT, WHILE HAVING FIELD SERGEANTS WHO STATES, YOU GET BEAT WHEN YOU RUN FROM THE LAW, AS IF THIS WAS A COMMON PRACTICE OF THE DEPARTMENT. IN LIGHT OF: IF THIS IS TRUE THEN THE SHERIFF BEING A POLICY MAKER SHARES SOME RESPONSIBILITY IN THIS VIOLATION OF CONSTITUTIONAL RIGHTS.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On June 19, 2012, I was involved in a police chase with Dallas Police; ended with Dallas Sheriff's Department. After a 53 mile chase to Denton County. Once I stopped, Deputies surrounded the vehicle with guns drawn. My hands were above my head. I was told to get out of the truck by Deputy Westbrook via the PA system on his patrol car. I told him, "I'm seat-belted in", carefull not to move my hands for fear of being shot. Deputy A. Natt #646 opened the door, climed up with his pistol pointed at me. Then he placed the pistol to my chest while using profained language threatening to kill me. He then unbuckled my seat-belt, and began to exit the vehicle. Approximately 8 Deputies grabbed me putting me on the ground faced down. That's when two Deputies started beating me. James Westbrook #878 started kicking me in my back & sides, while simultaneously Deputy A. Natt #646 started punching me in my head. I am suffering with constant back pains since this incident. Also at my booking after my arrest, I had swelling in my head, where I'm suffering from headaches. When I told this to medical staff at Lew Sterrett Jail I was perscribed pain medication & placed on psyche-meds. Now presently in TDCJ, I'm still suffering the same & on the same meds. This is almost 2 years afterwards. Sheriff Lupe Valdez who heads the Dallas County Sheriff's Dept, and the over-all supervisor of the two above mentioned defendants, one of which has a history of this type misconduct, which was caught on camera by Channel 8 News, Dallas P.D. helicopter, and surrounding police cars.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

I am seeking compensatory damages, punitive damages, and nominal damages

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Garrick Deon Beck

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

Present TDC# 1814381   Previous# 798006

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A YES N/A NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning were imposed: __N/A__

Executed on: __8/21/14__
(Date)

__GARRICK BECK__
(Printed Name)

__Garrick Beck__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __THURS, 8/21/14__ day of __AUGUST__, 20 __14__.
(Day)                           (Month)                        (Year)

__GARRICK BECK__
(Printed Name)

__Garrick Beck__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.